UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.S., individually <br> and <br> **WILLIAM HOUSTON,** <br> as next friend of the minor child, <br> L.S., ward of the District of Columbia <br><br> **Plaintiff** <br><br> v. <br><br> **GOVERNMENT OF THE** <br> **DISTRICT OF COLUMBIA** <br> A Municipal Corporation <br><br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> **CIVIL ACTION NO. 06-2232 (RMU)** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiffs, by and through counsel, and hereby voluntarily dismiss the instant case pursuant to Fed. R. Civ. P. 41(a)(1)(i).

DATE: June 11, 2007                                Respectfully Submitted,

                                                                     /s/
                                                                 William E. Houston, Esq.
                                                                 D.C. Bar No. 450223
                                                                 Dalton, Dalton, & Houston, P.C.
                                                                 1008 Pendleton Street
                                                                 Alexandria, Virginia 22314
                                                                 (703) 739-4300 (ph)
                                                                 (703) 739-2323 (fax)